# IN THE UNITED STATES DISTRICT COURT FOR THE
# WESTERN DISTRICT OF OKLAHOMA

(1) SAB ONE, INC.,

    Plaintiffs,

vs.

(1) SHELTER MUTUAL INSURANCE COMPANY

    Defendant.

Case No. CIV-15-101-C

## JOINT STIPULATION FOR DISMISSAL WITH PREJUDICE

COMES NOW Plaintiff, SAB One, Inc., by and through J. Drew Houghton of Foshee & Yaffe law firm, Phillip N. Sanov and Larry Bache of Merlin Law Group, attorneys of record for Plaintiff, joining with Defendant, Shelter Mutual Insurance Company, by and through R. Ryan Deligans, attorney of record, of the firm Durbin, Larimore & Bialick, and stipulate and agree that the above-captioned matter be dismissed with prejudice against the filing of a future action thereon, for the reason that the parties have entered into a compromise settlement. The parties therefore submit that this matter is concluded, pursuant to Rule 41(a)(1)(A)(ii), and respectfully request this Court to enter an administrative closing order as necessary.

*S/J. Drew Houghton*  
J. Drew Houghton, OBA# 18080  
Foshee & Yaffe  
P.O. Box 890420  
Oklahoma City, OK 73189  
Phone: (405) 232-8080  
Fax: (405) 601-1103  
dhoughton@fosheeyaffe.com  

and

*s/ R. Ryan Deligans*  
R. Ryan Deligans, OBA No. 19793  
Andrew M. Gunn, OBA No. 19470  
Durbin, Larimore & Bialick  
920 North Harvey  
Oklahoma City, OK 73102-2610  
Telephone: (405) 235-9584  
Facsimile: (405) 235-0551  
E-Mail: dlb@dlb.net  
Attorneys for Defendant

Phillip N. Sanov, Esq.
Merlin Law Group
Three Riverway, Suite 701
Houston, TX 77056
psanov@merlinlawgroup.com
Telephone: (713) 626-8880
Facsimile: (713) 626-8881

and

Larry Bache, Esq.
Merlin Law Group
777 S. Harbour Blvd, 9th Floor
Tampa, FL 33602
lbache@merlinlawgroup.com
Telephone: (813) 229-1000
Facsimile: (813) 229-3692
**Attorneys for Plaintiffs**

1413.0419\#13823058v1<OKC> -Dismissal Stipulation